**ATTACHMENT "E"**

**<u>STIPULATED FACTS</u>**

1. The subject incident occurred on September 2, 2022.

2. The subject vehicle was a 2018 Ford Edge, VIN 2FMPK3J8XJBB02688.